IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MICHAEL SAUNDERS** | **PLAINTIFF** |
| v. | CAUSE NO. 1:21-cv-23-LG-MTP |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **DEFENDANT** |

## FINAL JUDGMENT

This matter is before the Court on submission of the [14] Report and Recommendations entered by United States Magistrate Judge Michael T. Parker on July 14, 2022. The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 26th day of September, 2022.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE